UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C L O S E D

RON CARVER, et al.,

        Plaintiffs,

v.

JULIAN LEWIS,

        Defendant.
_____/

Case No. 07-12625
Hon. Anna Diggs Taylor
Magistrate Judge Mona K. Majzoub

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

        This matter is before the court on Magistrate Judge Mona K. Majzoub's Report and Recommendation of September 25, 2007, granting the City of Warren's and State of Michigan Attorney General Michael Cox's motions to dismiss pursuant to FED. R. CIV. P. 12(b)(1).

        The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Defendant/Cross-Plaintiff's Julian Lewis' objections filed thereto. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

        THEREFORE, the Court will accept the Magistrate's Report and Recommendation of September 25, 2007, as the findings and conclusions of this court.

        Accordingly,

        IT IS HEREBY ORDERED that Magistrate Judge Majzoub's Report and Recommendation of September 25, 2007, is ACCEPTED and ADOPTED.

        IT IS FURTHER ORDERED the City of Warren's and Attorney General Cox's motions to dismiss (docket nos. 2, 7) are GRANTED, for the reasons stated in the Magistrate's Report and Recommendation.

        **IT IS SO ORDERED.**

Dated: November 8, 2007                           **s/Anna Diggs Taylor**
                                                            ANNA DIGGS TAYLOR
                                                             UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on November 8, 2007.

Julian Lewis
19926 Hickory
Detroit MI 49205

                                              s/Johnetta M. Curry-Williams
                                              Case Manager